PATRICIA L. McCABE
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907- 9726
Facsimile: (818) 907-6384
E-mail: PLMCCABE@aol.com

Attorney for Plaintiff,
TRAVIS WILLIAM SUITER

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRAVIS WILLIAM SUITER, | Case No.: CV 10-05430 SS |
| Plaintiff, | |
| v. | [~~proposed~~] ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| MICHAEL J. ASTRUE, Commissioner, Social Security, | |
| Defendant. | Magistrate Judge: Suzanne H. Segal |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in the amount of Four Thousand Seven Hundred and 00/100 Dollars ($4,700.00), pursuant to 28 U.S.C. § 2412(d), and costs in the amount of Sixty Five and 00/100 Dollars ($65.00), pursuant to 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Date: November 14, 2011_          /S/ Suzanne H. Segal

_____
UNITED STATES MAGISTRATE JUDGE